IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHANNA LYNN BERTIE,
FORMER WIFE,

     Appellant,

v.

RONVILLE BERTIE, FORMER
HUSBAND,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-983

Opinion filed December 4, 2014.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Horace Moore, Sr., Gainesville, for Appellant.

Janet R. McCarthy, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, MARSTILLER, and OSTERHAUS, JJ., CONCUR.